UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAUREN HOLDEN, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.    Case No. 3:21-cv-300-BJD-JBT

FOSSIL GROUP, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 29; Notice) filed by Plaintiff on September 9, 2021. In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 16th day of September, 2021.

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record